UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 16-128-CJC |
|---|---|
| Plaintiff, | <u>ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION FOR RETURN OF PERSONAL PROPERTY</u> |
| v. | |
| ROGER WILLIAM CORTEZ, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the government's position on defendant's Motion for Return of Personal Property shall be filed no later than July 10, 2017; defendant's reply, if any, shall be filed no later than July 24, 2017; and the hearing on the Motion will be set for **August 7, 2017, at 9:00 a.m.**

May 11, 2017
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE